**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| DEBRA S. WALL | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-0674-CV-W-FJG |
| | ) | |
| JENNIFER L. BASCOMBE, | ) | |
|     Defendant. | ) | |

# ORDER

Before the Court are plaintiff's objections to defendant's deposition designations (Doc. No. 67) and plaintiff's amended objections to defendant's deposition designations (Doc. No. 86). The Court rules as follows:

## PLAINTIFF'S SPECIFIC OBJECTIONS TO DR. CLYMER'S TESTIMONY

| PROPOSED DESIGNATION | OBJECTION |
|---|---|
| 21:24-25 | No answer designated. |
| | RULING: Overruled. |
| 22:11-18 | Hearsay and expert testimony, Dr. Clymer is reading another doctor's notes, nothing establishes his reliance in furtherance of Mrs. Wall's treatment. |
| | RULING: Overruled. |
| 23:22 - 24:5 | Foundation, compound, no answer, hearsay, relevance, expert testimony, prejudice outweighs probative value. |
| | RULING: Sustained. |
| 24:10 - 25:3 | Expert testimony, relevance. |
| | RULING: Overruled. |

| | |
|---|---|
| 25:4 - 26:17 | Expert testimony, hearsay. |
| | RULING: <u>Overruled.</u> |
| 26:18 - 27:15 | Expert testimony. |
| | RULING: <u>Sustained.</u> |
| 27:20 - 29:12 | Expert testimony, hearsay, speculation. |
| | RULING: <u>Overruled.</u> |
| 30:7-14 | Expert testimony, foundation, not related to treatment, see p. 15:21 - 16:5. |
| | RULING: <u>Sustained.</u> |
| 30:15 - 32:2 | Expert testimony, hearsay, foundation. |
| | RULING: <u>Sustained.</u> |
| 32:3 - 33:9 | Expert testimony, hearsay, foundation: Dr. Clymer is opining about a record he never saw prior to deposition. |
| | RULING: <u>Sustained.</u> |
| 33:11 - 36:9 | Expert testimony, hearsay. |
| | RULING: <u>Sustained in part as to 35:3-25 and 36:1-9. Otherwise overruled.</u> |
| 36:22 - 37:15 | Expert testimony, foundation. |
| | RULING: <u>Sustained.</u> |
| 38:21 - 39:1 | Expert testimony. |
| | RULING: <u>Sustained.</u> |
| 39:2 - 10 | Expert testimony, relevance, prejudice outweighs probative value. |
| | RULING: <u>Sustained.</u> |

| | |
|---|---|
| 39:17 - 24 | Expert testimony. |
| | RULING: <u>Sustained.</u> |
| 46:4 - 7 | Hearsay. |
| | RULING: <u>Overruled.</u> |
| 47:15 - 20 | Relevance, prejudicial effect outweighs probative value, cumulative. |
| | RULING: <u>Sustained.</u> |
| 49:11 - 50:6 | Hearsay, prejudicial effect outweighs probative value - see pp. 69:1 - 70:20. |
| | RULING: <u>Overruled.</u> |
| 50:23 - 25 | Incomplete question, no answer. |
| | RULING: <u>Overruled.</u> |
| 52:14 - 53:8 | Expert testimony, foundation. |
| | RULING: <u>Sustained.</u> |
| 55:6 - 13 | Expert testimony, relevance, prejudicial effect outweighs probative value. |
| | RULING: <u>Sustained.</u> |
| 58:13 - 59:8 | Expert testimony, foundation. |
| | RULING: <u>Sustained.</u> |
| 59:9-13 | Expert testimony, speculation, foundation, prejudicial effect outweighs probative value. |
| | RULING: <u>Sustained.</u> |
| 70:6 - 11 | No question, incomplete answer. |
| | RULING: <u>Sustained.</u> |

| | |
|---|---|
| 72:7 - 73:2 | Expert testimony, collateral source rule, prejudicial effect outweighs probative value. |
| | RULING: <u>This appears to have already been ruled by the Court's order on motions in limine (Doc. No. 97); the proposed testimony is prohibited by the collateral source rule.</u> |
| 73:3 - 20 | Expert testimony, hearsay. |
| | RULING: <u>Sustained.</u> |
| 73:21 - 76:7 | Expert testimony, speculation. |
| | RULING: <u>Sustained.</u> |
| 76:21 - 24 | Cumulative. |
| | RULING: <u>Sustained.</u> |
| 76:25 - 77:1 | Expert testimony, speculation. |
| | RULING: <u>Sustained.</u> |
| 78:13 - 19 | Relevance, prejudicial effect outweighs probative value, cumulative. |
| | RULING: <u>Sustained.</u> |
| 81:5 - 13 | Relevance, prejudicial effect outweighs probative value. |
| | RULING: <u>Overruled.</u> |

**IT IS SO ORDERED.**

    <u>/s/Fernando J. Gaitan, Jr.</u>
Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated: <u>01/10/11</u>
Kansas City, Missouri